UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TORIBIO JIMINEZ MARTINEZ, et al.,   )
                                    )
v.                                  )
                                    )   NO. 3:09-0730
CUMBERLAND ENVIRONMENTAL            )   JUDGE CAMPBELL
RESOURCES COMPANY, et al.           )

ORDER

Pending before the Court is Defendant Virginia Pickering's Motion to Dismiss for Lack of *In Personam* Jurisdiction (Docket No. 46). For the reasons set forth herein, Defendant's Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE